# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

United States of America       *

       vs.       *

_Matthew Cooper_       *

      *

      ******

CITATION NO(S).

_1650070_

_1650069_

DOCKET NO. _09 M 3723 BPG_

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| 18 USC 13 MTA 13-401(h) Driving on Suspended reg | Same | 140 | 5 | 25 |
| 18 USC 13 MTA 16-303c driving on Suspended | dismissed | | | |
| | | | | |
| | TOTAL DUE: $ 170 | | | |

Payment is due in full within seven (7) days unless otherwise approved. Make check or money order payable to: CLERK, U.S. DISTRICT COURT. Include citation (ticket) number on check or money order and also on outside of court-supplied envelope. Mail payment with Defendant's copy to: U.S. COURTS - CVB, P.O. BOX 70939, CHARLOTTE, NC 28272-0939. Or you may pay on-line at: www.cvb.uscourts.gov

_____ Waive Initial Appearance     _____ Continue to Obtain License

_____ Continue for Payment     _____ Continue to Retain Attorney

_____ Set for Trial     _____ New Court Date:_____

                                        AT:_____A.M.

_____ Dismissed by the Government

COMMENTS:_____

X _(signature)_       _(signature)_
DEFENDANT       ASSISTANT U.S. ATTORNEY

_(signature)_       11/13/09
ATTORNEY FOR DEFENDANT       DATE

U.S. District Court (Rev. 10/3/2005) Plea Agreement